No. 00–10234. BROCK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10235. WILLIAMS v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 00–10236. FORD v. NEVADA PRISON DEPARTMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10239. PLUMMER v. ROE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10240. ARRINGTON v. SAMFORD UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10245. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10251. JACKSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10253. SANDOVAL v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10255. PAREDES-HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10257. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.